# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID A. MACK,　　　　　　　　　　:
　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　　: 　　CIVIL ACTION NO. 19-CV-3558
　　　　　　　　　　　　　　　　　　:
JAMES R. MACK,　　　　　　　　　　: 　　FILED
　　　Defendant.　　　　　　　　　　 :

AUG 1 2 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this _12th_ day of August, 2019, upon consideration of Plaintiff David A.

Mack's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No.

2), it is **ORDERED** that:

1.　　Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.　　The Complaint is **DEEMED** filed.

3.　　The Complaint is **DISMISSED with prejudice** to the extent that it seeks to raise

federal constitutional claims.

4.　　The Complaint is **DISMISSED without prejudice** for want of subject matter

jurisdiction to the extent that it seeks to raise state law claims.

5.　　The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

**BY THE COURT:**

_____
JUAN R. SANCHEZ, C.J.